IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

Civil Action No. 08-cv-00015-WYD-MEH        Date:   February 8, 2008
Courtroom Deputy: Cathy Coomes              **FTR – Courtroom C203**

EVEREST NATIONAL INSURANCE COMPANY and       (No appearance)
EVEREST REINSURANCE COMPANY,

     Plaintiffs,

vs.

ROBERT E. SUTTON,                            Glenn Merrick
WK CAPITAL ADVISORS, INC.,                   Joe Bernstein
CENTRIX CONSOLIDATED, LLC, and
CENTRIX CAPITAL MANAGEMENT, LLC,

     Defendants.

FLATIRON FINANCIAL SERVICES, INC.,           Peter C. Houtsma

     Interested Party.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:        2:19 p.m.**

Court calls case.  Appearances of counsel.  Also present: Scott Roswell and Steve Thompson, in-house counsel for Flatiron Financial Services.

Argument by and discussion regarding Flatiron Financial Services Inc.'s Motion to Quash and/or Objections to Subpoenas (Doc. #1, filed 1/3/08).

**ORDERED:**  Flatiron Financial Services Inc.'s Motion to Quash and/or Objections to Subpoenas
(Doc. #1, filed 1/3/08) is GRANTED in part and DENIED in part as discussed on
the record.

**Court in recess:        2:53 p.m.  (Hearing continued/concluded)**
**Total time in court:**  0:34