IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00015-WYD-MEH

Case No. 3:07-CV-00722-JAP-JJH
In the United States District Court
for the District of New Jersey

EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation, and
EVEREST REINSURANCE COMPANY, a Delaware corporation,

      Plaintiffs,
v.

ROBERT E. SUTTON,
WK CAPITAL ADVISORS, INC.,
CENTRIX CONSOLIDATED, LLC, and
CENTRIX CAPITAL MANAGEMENT, LLC,

      Defendant,

FLATIRON FINANCIAL SERVICE, INC.,

      Interested Party.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 15, 2008.**

      This matter is before the Court on the Status Report submitted by Flatiron Financial Services, Inc. [Docket #27]. The parties have been working together cooperatively and have agreed to preserve their rights in the event that a dispute later arises.

      Accordingly, the Clerk of the Court is directed to close this case. Either party may re-open the case by filing a motion.